1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CABN 184339)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-6917
7     Fax: (415) 436-7234
      E-Mail: tracie.brown@usdoj.gov
8

9  Attorneys for Plaintiff

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 12-111 EMC
                                     )
15          Plaintiff,               )
                                     )
16      v.                           )    STIPULATION AND [PROPOSED]
                                     )    ORDER CONTINUING HEARING AND
17  WILLIAM J. WISE,                 )    EXCLUDING SPEEDY TRIAL TIME (18
                                     )    U.S.C. § 3161)
18          Defendant.               )
                                     )
19  _____ )

20          Counsel for the United States and counsel for Defendant William Wise appeared on May

21  23, 2012 for a status hearing in the District Court, all time having previously been excluded

22  under the Speedy Trial Act.  At that hearing, counsel for the United States stated that there was a

23  significant amount of discovery at issue (over 100 boxes of documents).  Based on the nature of

24  the charges, the proffer relating to the volume of discovery, and the agreement of counsel for

25  Defendant Wise, the Court found that this case was properly designated as complex pursuant to

26  18 U.S.C. § 3161(h)(7)(A) & (B)(ii), and that time should also be excluded based on effective

27  preparation and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).  The

28  Court set a next status date of July 25, 2012.

STIP. & [PROPOSED] ORDER
CR 12-111 EMC

The parties are in the process of reviewing discovery, conducting additional investigation, and negotiating a possible disposition.  Counsel for the United States will now be out of the District on July 25 and August 8, 2012, and the Court is unavailable on August 15, 2012.  Accordingly, the parties stipulate that the July 25, 2012 hearing should be vacated and continued to August 22, 2012 at 2:30 p.m., with time excluded based on the complex designation, effective preparation, and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), (B)(iv).

SO STIPULATED.

DATED:   July 20, 2012                            Respectfully submitted,

                                                 MELINDA HAAG
                                                 United States Attorney

                                                 _____/s/_____
                                                 TRACIE L. BROWN
                                                 Assistant United States Attorney

DATED: July 20, 2012


                                                 _____/s/_____
                                                 PAUL D. WOLF
                                                 Attorney for Defendant William J. Wise

### [PROPOSED] ORDER

For good cause shown and based on the parties' representations and agreement at the May 23, 2012 hearing and as set forth herein, the Court finds that failing to exclude the time between May 23, 2012 and August 22, 2012 would unreasonably deny the Defendant and government continuity of counsel, and would deny both counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that, in light of the nature of the charges and the volume of discovery, the case is properly designated as complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).  For all of these reasons and as set forth on the record at the May 23, 2012 hearing, the Court finds that the ends of justice served by excluding the time between May 23, 2012 and August 22, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant William Wise in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between

May 23, 2012 and August 22, 2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(3)(A), (h)(7)(A), (h)(7)(B)(ii) & (B)(iv).

The hearing set for July 25, 2012 is hereby vacated, and parties shall appear for their next status hearing on August 22, 2012 at 2:30 p.m.

DATED:  _____  <u>July 23, 2012</u>



THE HON. EDWARD M. CHEN
United States

STIP. & [PROPOSED] ORDER
CR 12-111 EMC                    3