```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, SBN 78624
 2  JAMES STEVENS, SBN 286646
    717 Washington Street, Second Floor
 3  Oakland, CA 94607
    (510) 451-4600 Telephone
 4  (510) 451-3002 Facsimile

 5  Attorney for Defendant
    WILLIAM WISE
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,      Case No. CR 12-111 EMC
12
              Plaintiff,
13                                 STIPULATED REQUEST TO CONTINUE
    v.                             SENTENCING FROM SEPTEMBER 18,
14                                 2013 TO DECEMBER 11, 2013

15  WILLIAM J. WISE,

16        Defendant.         /
```

17      The above captioned matter is set on September 18, 2013
18 before this Court for either sentencing or status regarding
19 sentencing. The parties jointly request that this Court vacate
20 that date and set this matter for sentencing on December 11, 2013
21 at 2:30 p.m.
22      To date, nothing has been done by the Probation
23 Department to prepare a Presentence Report and none will be
24 available prior to, or at, sentencing. Per the request made
25 today by new government counsel, defense counsel will inquire
26 with Probation, and attempt to initiate, that process as soon as
27 possible. The Court will be provided with further information
28 about that process and whether it will be completed in time for

1  the sentencing date proposed by the parties here.
2          SO STIPULATED.

3  _____               _____/s/_____
   Date                               PAUL DELANO WOLF
4                                     Attorney for Defendant
                                      WILLIAM J. WISE
5

6  _____               _____/s/_____
   Date                               ROBIN HARRIS
7                                     Assistant United States Attorney

8

9                          [~~PROP~~OSED] ORDER

10         IT IS HEREBY ORDERED for the reasons stated in the
11 parties' stipulated request to continue sentencing that the
12 sentencing set for September 18, 2013 is vacated and sentencing
13 in this matter is continued until December 11, 2013.

14
        8/14/13
15 _____               _____
   Date                               HONORABLE EDWARD M. CHEN
16                                    United States District Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*

- 2 -