LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
JAMES STEVENS, SBN 286646
717 Washington Street, Second Floor
Oakland, CA 94607
(510) 451-4600 Telephone
(510) 451-3002 Facsimile

Attorney for Defendant
WILLIAM WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM J. WISE,

Defendant. /

Case No. CR 12-0642 EMC
CR 12-0111 EMC

STIPULATED REQUEST TO CONTINUE SENTENCING FROM DECEMBER 11, 2013 TO MARCH 5, 2014

The above captioned matter is currently set before this Court for Sentencing on December 11, 2013. The defendant requests that this Court vacate the December 11, 2013 date and set these matters for Sentencing on March 5, 2014 at 2:30 p.m. The Probation Department agrees with this request. The government does not oppose this request.

SO STIPULATED.

____________________
Date

/s/
PAUL DELANO WOLF
Attorney for Defendant
WILLIAM J. WISE

____________________
Date

/s/
ROBIN HARRIS
Assistant United States Attorney

//

_____________________ Date

/s/
CHARLIE MABIE
United States Probation Officer

~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that defendant William Wise's request that the Sentencing hearing currently scheduled for December 11, 2013 be vacated and Sentencing be these matters is continued until March 5, 2014 at 2:30 p.m.

11/07/2013
Date

HONORABLE E[...]N
United State[...]Court

UNITED STATES DISTRICT COURT
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA