```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
JAMES STEVENS, SBN 286646
717 Washington Street, Second Floor
Oakland, CA 94607
(510) 451-4600 Telephone
(510) 451-3002 Facsimile

Attorney for Defendant
WILLIAM WISE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM J. WISE,<br><br>　　　　Defendant.　　　　／ | Case No. CR 12-0642 EMC<br>　　　　　CR 12-0111 EMC<br><br>STIPULATED REQUEST TO CONTINUE SENTENCING FROM MARCH 5, 2014, TO MAY 14, 2014 |

　　　　The above captioned cases are currently set before this Court for Sentencing on March 5, 2014. In that the Presentence Report will not be available in time for the Sentencing on March 5, 2014 as the defense and Probation Officer are working on obtaining additional information, the parties request that this Court vacate the March 5, 2014 date and set these matters for Sentencing on May 14, 2014 at 2:30 p.m. Both the Probation Department and government concur with this request.

　　　　SO STIPULATED.

```
_____              _____/s/_____
Date                               PAUL DELANO WOLF
                                   Attorney for Defendant
                                   WILLIAM J. WISE

_____              _____/s/_____
Date                               ROBIN HARRIS
                                   Assistant United States Attorney
```

```
_____              _____/s/_____
Date                               CHARLIE MABIE
                                   United States Probation Officer
```

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Sentencing hearing currently scheduled for March 5, 2014 be vacated and Sentencing on these matters be continued until May 14, 2014 at 2:30 p.m.

```
____2/13/14_____               _____
Date                               HONORABLE EDWARD M. CHEN
                                   United States District Court
```

GRANTED
Judge Edward M. Chen
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

- 2 -