LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
JAMES STEVENS, SBN 286646
717 Washington Street, Second Floor
Oakland, CA 94607
(510) 451-4600 Telephone
(510) 451-3002 Facsimile

Attorney for Defendant
WILLIAM WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-0642 EMC |
| Plaintiff, | CR 12-0111 EMC |
| v. | **STIPULATED REQUEST TO CONTINUE STATUS HEARING FROM SEPTEMBER 3, 2014 TO SEPTEMBER 11, 2014** |
| WILLIAM J. WISE, | |
| Defendant. | |

The above captioned matter is set on September 3, 2014 before this Court for Status.  The parties jointly request that this Court vacate the September 3, 2014 date and set this matter for Status on September 11, 2014 at 1:15 p.m.

SO STIPULATED.

_____           _____/s/_____
Date                             PAUL DELANO WOLF
                                 Attorney for Defendant
                                 WILLIAM J. WISE


_____           _____/s/_____
Date                             MARTHA BOERSCH
                                 Attorney for Defendant
                                 WILLIAM J. WISE

\\

|  |  |
|---|---|
| _____<br>Date | /s/<br>_____<br>BENJAMIN KINGSLEY<br>Assistant United States Attorney |

[P~~ROP~~OSED] ORDER

IT IS HEREBY ORDERED that the Status hearing currently scheduled for September 3, 2014 be vacated and the matter be continued until September 11, 2014 at 1:15 p.m.

|  |  |
|---|---|
| 9/2/14<br>_____<br>Date | _____<br>HONORABLE EDWARD M. CHEN<br>United States District Court |

*IT IS SO ORDERED*
*[signature]*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*