MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 12-111 EMC |
| ) | CR 12-642 EMC |
| Plaintiff, ) | |
| ) | **STIPULATION AND [P~~ROPO~~SED]** |
| v. ) | **ORDER CONTINUING RESTITUTION** |
| ) | **HEARING**  Modified |
| WILLIAM WISE, ) | |
| ) | |
| Defendant. ) | |

      The United States, by and through its counsel AUSAs Benjamin Kingsley and Robin Harris, and the defendant William Wise, by and through his counsel Paul Wolf and James Stevens, stipulate and agree as follows:

      1.     At the parties' appearance on February 4, 2015, the Court set April 22, 2015 for a restitution hearing in this case.

      2.     On April 15, 2015, this Court found that restitution is mandated in this case and will be ordered in an amount to be determined. Because the data regarding restitution are voluminous, at that time, the parties requested and this Court granted a continuance of the restitution hearing until May 27, 2015.

**STIPULATION AND [PROPOSED] ORDER CONTINUING RESTITUTION HEARING**
1

3. Defense counsel has been diligently reviewing data provided by the government, and comparing it to amounts paid as part of the SEC action in Texas. Because of the volume of materials, the defense needs more time. The government has no objection to providing the defense with additional time to do so.

4. Accordingly, for the reasons set forth above, the parties jointly stipulate and agree that the restitution hearing be continued until July 8, 2015. The parties will attempt to resolve the restitution amount via stipulation in advance of that hearing, or otherwise will submit briefs to the Court by July 1, 2015, regarding their respective positions on appropriate restitution. The parties request that the Court order that Mr. Wise continue to be housed in the Northern District of California so that he can be present for any future restitution proceedings.

SO STIPULATED.

DATED: May 19, 2015                     _____/s/_____
                                        ROBIN L. HARRIS
                                        BENJAMIN KINGSLEY
                                        Assistant United States Attorneys

DATED: May 19, 2015                     _____/s/_____
                                        PAUL DELANO WOLF
                                        JAMES R. STEVENS
                                        Attorneys for William Wise

**STIPULATION AND [PROPOSED] ORDER CONTINUING RESTITUTION HEARING**


[PROPOSED] ORDER   22

The restitution hearing set for May 27, 2015 at 2:30 p.m. is continued to July 8, 2015 at 2:30 p.m.  The Court orders that defendant continue to be housed in the Northern District of California so that he can be present for any future restitution proceedings.  Briefs due July 8, 2015.

IT IS SO ORDERED.

DATED: 5/22/15  _____



HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**STIPULATION AND [PROPOSED] ORDER CONTINUING RESTITUTION HEARING**

3