WOLF, PENNELLA & STEVENS, LLP
PAUL DELANO WOLF, SBN 78624
ADAM V. PENNELLA, SBN 246260
JAMES R. STEVENS, SBN 286646
717 Washington Street, Second Floor
Oakland, CA 94607
T: (510) 451-4600
F: (510) 451-3002

Attorney for Defendant
WILLIAM WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM WISE, <br><br> Defendant. | No. CR 12-111 EMC <br> CR 12-642 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING RESTITUTION HEARING** |

    The United States, by and through its counsel AUSAs Benjamin Kingsley and Robin Harris, and the defendant William Wise, by and through his counsel Paul Wolf and James Stevens, stipulate and agree as follows.

    1.    The defense asked for a continuance of the restitution hearing set in this case for July 22, 2015 and the Court granted that continuance and set a new date for September 2, 2015.

    2.    The September 2, 2015 court date conflicts with Mr. Kingsley's previously scheduled time off.

1

STIPULATION AND [PROPOSED] ORDER CONTINUING RESTITUTION HEARING
CR 12-111 EMC, CR 12-642 EMC

3. The next available date that the court and both parties have available is September 30, 2015.

4. Accordingly, for the reasons set forth above, the parties jointly stipulate and agree that the restitution hearing be continued until September 30, 2015. The parties request that the Court order that Mr. Wise continue to be housed in the Northern District of California so that he can be present for any future restitution proceedings.

SO STIPULATED.

\_\_\_\_\_7/30/15_____  _____/s/_____
Date                                                            PAUL DELANO WOLF
                                                                JAMES R. STEVENS
                                                                Attorney for Defendant
                                                                WILLIAM WISE

\_\_\_\_\_7/30/15_____  _____/s/_____
Date                                                            ROBIN L. HARRIS
                                                                BENJAMIN KINGSLEY
                                                                Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the restitution hearing currently scheduled for September 2, 2015 in the above referenced matter be vacated and this matter be set on September 30, 2015 at __2:30pm__. The Court orders that the defendant continue to be housed in the Northern District of California so that he can be present for any future restitution proceedings.

IT IS SO ORDERED.

___8/3/2015___
Date



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

EDWARD M. CHEN
District Court Judge