UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00111-EMC-1 |
|---|---|
| Plaintiff, | Case No. 12-cr-00642-EMC-1 |
| v. | |
| WILLIAM J. WISE, | **ORDER TO SHOW CAUSE** |
| Defendant. | |

Defendant William J. Wise has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

Pursuant to the Federal Rules Governing Section 2255 Proceedings, the Court has conducted a preliminary review of the motion. *See* Fed. R. Governing § 2255 Proceedings 4 (providing that "[t]he judge who receives the motion must promptly examine it"). Based on this review, the Court cannot say that "it plainly appears from the motion . . . that the moving party is not entitled to relief." *Id.* Accordingly, the Court hereby orders the United States to respond to the motion per the schedule below. *See id.* (providing that, "[i]f the motion is not dismissed, the judgment must order the United States attorney to file an answer, motion, or other response within a fixed time, or to take other action the judge may order").

1. The Clerk of the Court shall serve a courtesy copy of this order on the United States.

2. The United States shall file a response to Mr. Wise's motion within sixty (60) days of the date of this order.

3. If the United States files an answer, it must conform to Rule 5 of the Federal Rules Governing § 2255 Proceedings. If the United States files an answer, Mr. Wise may submit a reply

within ninety (90) days of the date of this order.

    4.    If the United States responds with, *e.g.*, a motion to dismiss or any other motion for relief, the parties shall meet and confer to discuss a mutually agreeable briefing schedule.

**IT IS SO ORDERED**.

Dated: February 17, 2016

_____
EDWARD M. CHEN
United States District Judge