1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   BENJAMIN KINGSLEY (NYBN 4758389)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6937
       FAX: (415) 436-7234
8      benjamin.kingsley@usdoj.gov

9  Attorneys for the United States

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  NO. CR 12-111 EMC
14                                      )      CR 12-642 EMC
           Plaintiff,                   )
15                                      )  **STIPULATION AND [PR~~OPOSED~~]**
       v.                               )  **ORDER REGARDING MOTION TO DISMISS**
16                                      )  **DEFENDANT'S § 2255 PETITION**
   WILLIAM WISE,                        )
17                                      )
           Defendant.                   )
18  _____ )

19         The United States, by and through its counsel AUSAs Benjamin Kingsley and Robin Harris, and

20  the defendant/petitioner William Wise, by and through his counsel Attorneys Michael Clough and Buffy

21  Hutchison, stipulate and agree as follows:

22         1.      The government is filing a motion to dismiss defendant's § 2255 petition.

23         2.      Pursuant to this Court's order, Dkt. 171, the parties agree to the following briefing

24  schedule. The government shall file its motion by April 18, 2016. Defendant's response is due on May

25  16, 2016. The government's reply, if any, is due on May 31, 2016. The parties request that any other

26  briefing deadlines ordered in Dkt. 171 be vacated.

27  //

28  //

**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS**
                                                1

3.  Given the number of issues involved, the parties request permission to file oversize briefs and agree to the following briefing limitations. The government's motion shall be 50 pages or less. Defendant's response shall be 50 pages or less. The government's reply, if any, shall be 25 pages or less.

IT IS SO STIPULATED.

DATED: April 18, 2016

\_\_\_\_\_/s/_____
ROBIN L. HARRIS
BENJAMIN KINGSLEY
Assistant United States Attorneys

DATED: April 18, 2016

\_\_\_\_\_/s/_____
MICHAEL CLOUGH
BUFFY HUTCHISON
Attorneys for William Wise

[PROPOSED] ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

DATED: April 26, 2016

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS**

2